# United States District Court

WESTERN DISTRICT OF WASHINGTON

SONIA THALER

v.

MICHAEL J. ASTRUE.
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5373BHS/JKA

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's final decision should be reversed and remanded for a finding of disability, as of Plaintiff's alleged onset date of January 3, 2003, in accordance with sentence four of 42 U.S.C. § 405(g).


|  November 26, 2008  | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |