AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

SONIA THALER

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5373BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff is awarded attorney's fees in the amount of $8,430 pursuant to 42 U.S.C. § 406(b).

|   |   |
|---|---|
| November 17, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|   |   |
|   | *s/CM Gonzalez* |
|   | Deputy Clerk |